UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLT BORGESON,

           Plaintiff,

v.

OFFICER NICHOLAS, *et al.*,

           Defendants.

Case No. C18-960-RSM-JPD

REPORT AND RECOMMENDATION

On June 27, 2018, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff appeared to allege therein that corrections officers at the Snohomish County Jail improperly reviewed and disposed of his legal work, failed to provide him recreation time, and denied him access to kites. (*See* Dkt. 1-1 at 3.) Plaintiff submitted with his complaint a single page of the Court's three page *in forma pauperis* form. (*See* Dkt. 1.) On June 28, 2018, the Clerk sent plaintiff a letter advising him that his submission was deficient because not all pages of the *in forma pauperis* application form were submitted and because he failed to provide a certified copy of his prison trust account statement. (Dkt. 3.) Plaintiff was advised that he would have to correct these deficiencies by July 30, 2018, or risk dismissal of this action. (*Id.*)

REPORT AND RECOMMENDATION - 1

On July 3, 2018, plaintiff submitted a completed *in forma pauperis* application form. (Dkt. 4.) However, plaintiff failed to submit with his form a copy of his prison trust account statement. The Clerk therefore sent plaintiff another deficiency letter advising him that he would have to submit a certified copy of his prison statement not later than August 2, 2018, or risk dismissal of this action. (*See* Dkt. 5.) To date, plaintiff has not submitted a copy of his prison trust account statement.

As plaintiff has had ample time to correct the deficiency in his *in forma pauperis* application materials, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **September 12, 2018**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 14, 2018.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 22nd day of August, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2