UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLT BORGESON,

                Plaintiff,

v.

OFFICER NICHOLAS, *et al*.,

                Defendants.

Case No. C18-960 RSM

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 14th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1